HELEN M. BARRY, Respondent, v. MICHAEL J. LEO, INC., and THE AMERICAN RAILWAY EXPRESS COMPANY, Appellants.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

THE CITY OF BUFFALO, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order modified by striking out the provision for trial on a day certain and as so modified affirmed, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

GENEVIEVE VON SCHULTES, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

JOHN T. SHANNAHAN, RAY TOMLINSON and JOHN H. CAVES, Appellants, v. HOLSTEIN-FRIESIAN ASSOCIATION OF AMERICA, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

GEORGE E. STEVENSON and Others, Appellants, v. HOLSTEIN-FRIESIAN ASSOCIATION OF AMERICA, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

ELIZABETH M. CHRISTMANN, Respondent, v. J. J. SIEGRIST & Co., Appellant, and ACHILLES E. MICHEL, Defendant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

THE CITY OF BUFFALO, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE NATIONAL BANK OF ROCHESTER, Respondent, v. M. S. STROME COMPANY and Others, Appellants.— Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES LAMPHERE, Appellant.— Order amended so as to provide that defendant be discharged from custody. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MARY E. PAIGE, Appellant, v. MARK P. McCARTHY and FRED T. SIBSON, Respondents.— Motion granted and appeal dismissed, unless the appellant shall file and serve the printed papers and printed briefs on appeal on or before February 1, 1927. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

WILLARD T. PAIGE, Appellant, v. MARK P. McCARTHY and FRED T. SIBSON, Respondents.— Motion granted and appeal dismissed, unless the appellant shall file and serve the printed papers and printed briefs on appeal on or before February 1, 1927. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

FLORENCE ABBEY, Respondent, v. LEE H. ABBEY, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

FRANK T. LAWRENCE, Respondent, v. JAMES O. SEBRING, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JOHN L. WHITE, Respondent, v. JAMES O. SEBRING, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.